

Christopher H. Lowe – Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 917.594.5561
Fax: 212.444.1030
Chris@lipskylowe.com

www.lipskylowe.com

January 24, 2022

VIA ECF
The Honorable Lorna G. Schofield, U.S.D.J.
U.S. District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   Olsen v. Wolaco, Inc. 1:21-cv-09956-LGS

Dear Judge Schofield:

We represent the Plaintiff in this website accessibility case under Title III of the American's with Disabilities Act, and its New York State and City analogs. We write now to respectfully request a 45-day adjournment of the Initial Pretrial Conference ("IPTC"), currently scheduled for February 2, 2022 at 4:10 p.m. (Dkt. 5.)

Plaintiff filed this action on November 24, 2021 (Dkt. 1.) and Summons was issued on November 29, 2021 (Dkt. 4). The adjournment request is necessitated by the fact that Plaintiff, who has until February 22, 2022 to effect service under Fed. R. Civ. P. 4, is still endeavoring to serve Defendant. Plaintiff respectfully requests a 45-day adjournment of the IPTC to facilitate service within Rule 4 and for Defendant to appear in the case. This is the first request for an adjournment of the IPTC. As Defendant has not yet appeared in the case and we have not been contacted by their counsel, we are unable to determine whether Defendant consents to this request. If granted, this adjournment will not affect any other case deadlines because no Scheduling Order has yet been entered.

We appreciate the Court's consideration of this request.

Application **GRANTED**.  The initial conference scheduled for February 2, 2022, is **ADJOURNED** to **March 23, 2022, at 4:10 p.m.**  The parties shall call (888) 363-4749 and enter the access code 558-3333.  By **March 16, 2022**, the parties shall file a joint letter and proposed case management plan.  (See Dkt. No. 5.)  The Clerk of Court is respectfully directed to close the motion at Dkt. No. 6.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Christopher H. Lowe
Christopher H. Lowe

Dated:  January 25, 2022
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE